UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Rebecca Smith Love                                      Chapter 13
                                                                Case No. ___
Debtor.

## Chapter 13 Plan

Address:       Debtor    174 Signature Glen Cove, Collierville, TN 38017

Plan Payment:

Debtor Shall Pay:   $375.00 Semi- Monthly
    Or by:  (X) Payroll Deduction    Home Instead Senior Care, 999 Reddoch Cove, Memphis, TN 38119

1. This Plan [Rule 3015.1 Notice]:

    (A) Contains a Non-standard Provision [See provision 19].                            (X) Yes   ( ) No

    (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim (X) Yes   ( ) No
        [See provisions 7 and 8].

    (C) Avoids a Security Interest or Lien. [See provision 12].                          ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan     Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly ( ) Wage Assignment    ( ) Trustee To:         Monthly Pmt.
                            ongoing payment begins
                            Approximate arrearage
                            ongoing payment begins
                            Approximate arrearage

5. Priority Claims:                                                                              Monthly Pmt.
                                                        Amount
                                                        Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:              Monthly Pmt.
                            ongoing payment begins
                            Approximate arrearage        Interest
                            ongoing payment begins
                            Approximate arrearage        Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value   Interest Rate   Monthly Pmt.
    Credit Acceptance (2014 Chevrolet Malibu)              $   22,000.00         0.00%         $440.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |
| | | | |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

| | Collateral | |
|---|---|---|
| | Collateral | |

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| The Signature at Schilling Farm Apt. (Rent thru May) | $ 3,261.62 | 0.00% | $60.00 |
| | | | |

11. Student Loan Claims and Other Long Term Claims:

| | ( ) Not Provided For | ( ) General Unsecured Creditor |
|---|---|---|
| | ( ) Not Provided For | ( ) General Unsecured Creditor |

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____ .

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

    The Signature at Schilling Farm Apt         (X) Assume    ( ) Reject
    _____          ( ) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908           Date   May 15, 2019
    Debtor's Attorney's Signature

                                                                    May 16, 2019
                                                                    910 > November 16, 2016